

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA JONES | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 17-2347 |
| SKYVIEW MANAGEMENT, LLC; | : |
| VRAJ BRIG PA, LLC and WYNDHAM | : |
| HOTEL GROUP | : |

FILED
JUL 11 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 11th day of July, 2017, upon consideration of plaintiff Angela Jones's motion to remand, Dkt. No. 5, and the response of defendants Skyview Management, LLC, Vraj Brig PA, LLC and Wyndham Hotel Group, Dkt. No. 7, it is ORDERED that the motion is DENIED.

Defendants shall file an answer or other responsive pleading to the complaint within twenty (20) days from the date of this Order.

_T. N. O'Neill_
THOMAS N. O'NEILL, JR., J.

ENTERED
JUL 11 2017
CLERK OF COURT